UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY THOMAS,

        Movant,

-against-

UNITED STATES OF AMERICA,

        Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

FEB 2 0 2020

ALISON J. NATHAN, United States District Judge:

Movant's request for a 30-day extension to file his Reply briefing is hereby granted. The Reply brief is now due on March 13, 2020. Chambers will mail a copy of this order to Movant and note its mailing on the docket.

SO ORDERED.

Dated: February 19, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge