UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY THOMAS,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 16 2020

ALISON J. NATHAN, United States District Judge:

Movant's previous defense counsel, Dale Smith, is hereby ordered to respond to Movant's motion, Dkt. No. 332, on or before March 20, 2020. Chambers will mail a copy of this order to Movant and note its mailing on the docket.

SO ORDERED.

Dated: March 13, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge