USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY THOMAS,

               Movant,

      -against-

UNITED STATES OF AMERICA,

               Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

     Movant's request for an extension to file his Reply briefing is hereby granted. The Reply brief is now due on April 13, 2020. Chambers will mail a copy of this order to Movant and note its mailing on the docket.

SO ORDERED.

Dated:    March 13, 2020
          New York, New York

                                    ALISON J. NATHAN
                             United States District Judge