USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY THOMAS,

            Movant,

-against-

UNITED STATES OF AMERICA,

            Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

      Respondent is hereby ordered to respond to Movant's motion for limited discovery, on or before March 30, 2020. Respondent is also hereby ordered to mail a copy of this Order to Movant. If it is impracticable for Respondent to mail a copy of this Order, then Respondent should notify the Court within three days of the date of this Order, so the Court can implement an alternative procedure.

SO ORDERED.

Dated:    March 23, 2020
           New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge