USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY THOMAS, | |
| Movant, | 19-CV-9756 (AJN) |
| -against- | 13-CR-0360-2 (AJN) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

ALISON J. NATHAN, United States District Judge:

  Gary Thomas has moved for an extension of time to file his reply brief on his 2255 motion to May 28, 2020.  However, the Court previously extended Movant's time to a file his reply to May 28, 2020 in its April 15, 2020 order.  His motion is therefore denied as moot.  Movant's deadline to file his reply remains May 28, 2020.  The Clerk of Court is respectfully directed to mail a copy of this order to Movant.

SO ORDERED.

Dated:  May 7, 2020
    New York, New York

                     ALISON J. NATHAN
                     United States District Judge