UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020

Gary Thomas,

            Movant,

–v–

United States of America,

            Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     Mr. Thomas' motion to withdraw his reply brief filed June 8, 2020, and substitute his new reply brief filed September 1, 2020, is GRANTED. Per the Court's prior orders, Mr. Thomas' request for further discovery remains denied. Mr. Thomas' motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is now fully briefed, and the Court will decide it in due course. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas and note the mailing on the public docket.

     SO ORDERED.

Dated: September 2, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge