UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/15/2020_

Gary Thomas,

        Movant,

    –v–

United States of America,

        Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The time for Defendant Gary Thomas to supplement his reply brief is extended to
October 31, 2020.  The Clerk of Court is respectfully directed to mail a copy of this Order to Mr.
Thomas and to note the mailing on the public docket.

    SO ORDERED.

Dated: September 15, 2020
      New York, New York

_____
      ALISON J. NATHAN
    United States District Judge

1