UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gary Thomas,

                Movant,

–v–

United States of America,

                Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The Court has previously ruled that Mr. Thomas is not entitled to additional discovery in this posture, and so Mr. Thomas' request for discovery (Dkt. No. 48) is DENIED insofar as it seeks production of documents not previously produced. However, it appears that Mr. Thomas still has not had an adequate opportunity to view some documents that the Government previously provided in electronic form in connection with his § 2255 motion. The Government is therefore ordered to produce to Mr. Thomas, in hard copy, those documents identified in Egbert Thomas' August 23, 2020 letter, Dkt. No. 45, and the Government's September 11, 2020 letter, Dkt. No. 46, that were inaccessible to Mr. Thomas in electronic form because they were password-protected or required the use of proprietary software. The Government shall notify the Court by letter once it has produced those documents to Mr. Thomas, and any supplemental reply by Mr. Thomas shall be due 14 days thereafter. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas and note the mailing on the public docket.

        SO ORDERED.

Dated: October 16, 2020
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge