USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2020

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>-vs-<br><br>GARY THOMAS,<br><br>                 Defendant. | Case No. 13cr360 (AJN)<br><br>JUDGE: ALISON NATHAN |

## DEFENDANT'S REQUEST FOR TIME TO REPLY TO GOVERNMENT'S OPPOSITION LETTER

Gary Thomas, defendant in this matter, proceeding *pro se*, herewith respectfully requests that the Court withhold action on his pending motion pursuant to 18 U.S.C. § 3582(c)(1)(A) until after October 23, 2020, to provide him with time to respond to the Government's opposition, filed October 9, 2020, but not yet delivered to him.

Defendant has arranged to obtain a copy, but neither the service copy nor the alternative copy has yet been delivered to him. He requests a reasonable amount of time, until October 23, 2020, to obtain that copy and respond to the Government's showing. A reply will ensure that the Court has a complete record from which to render judgment on the merits of the motion.

WHEREFORE, the court should withhold action on the motion until after October 23, 2020, to enable Defendant to file an appropriate reply.

The statements made herein are true, under penalty of perjury.

Executed October 15, 2020

Gary Thomas
Reg. No. 08951-094
FCI Beaumont Low
P.O. Box 26020
Beaumont, Texas 77720

At the Defendant's request, the Court will wait to receive his reply before ruling on his motion. The Clerk of Court is respectfully directed to mail a copy of this memo endorsement to the Defendant and to note the mailing on the public docket. SO ORDERED.

SO ORDERED. 10/22/2020
ALISON J. NATHAN, U.S.D.J.

2