UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gary Thomas,

        Movant,

—v—

United States of America,

        Respondent.

19-cv-9756 (AJN)

13-cr-0360 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Mr. Thomas's motion for leave to file a reply to the Government's most recent filing not to exceed five pages. In that motion, Mr. Thomas also indicates that he has not yet received a copy of the Government's filing (Dkt. No. 398). The Court GRANTS Mr. Thomas's request to file a further reply not exceeding five pages. Mr. Thomas's further reply shall be due April 23, 2021. Once the Court has received it, the Court will consider the matter fully briefed and will accept no further briefing from either party.

    The Clerk of Court is respectfully directed to mail a copy of this Order and the Government's March 8, 2021 letter (Dkt. No. 397) to Mr. Thomas and to note the mailings on the public docket.

SO ORDERED.

Dated: March 26, 2021
       New York, New York

                            ALISON J. NATHAN
                          United States District Judge