USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Gary Thomas,

Defendant.

13-cr-360 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Government is hereby ORDERED to file a letter, no later than **September 29, 2022**, responding to Defendant Gary Thomas's letter dated September 6, 2022, filed at Dkt. Nos. 408 and 409.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas at FCI Butner Low and to note the mailing on the public docket.

SO ORDERED.

Dated: September 15, 2022
       New York, New York

ALISON J. NATHAN
United States Circuit Judge,
sitting by designation