```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                    :
:
:                    **ORDER**
- v. -                                       :
:                    13 Cr. 360 (AJN)
:
GARY THOMAS,                                 :
:
Defendant.                           :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Upon the request of defendant Gary Thomas, by his counsel Hannah McCrea, and with good cause shown, it is hereby

     **ORDERED** that the United States Department of Probation amend the defendant's Presentence Report in the above-captioned case to reflect the fact that the Court sustained the defendant's objection to the two-level sentencing enhancement for a credible threat to use violence under U.S.S.G. § 2D1.1(b)(2). Accordingly, the Department of Probation is directed to remove that sentencing enhancement from the defendant's Presentence Report. The Department of Probation is further directed to provide a copy of the revised Presentence Report to defense counsel and the Federal Bureau of Prisons no later than March 1, 2023.

Dates:   New York, New York
            February 6  2023

The Clerk of Court is respectfully directed to terminate Dkt. No. 416.

**SO ORDERED**:

_____
**HONORABLE ALISON J. NATHAN**
United States ~~District Judge~~ Circuit Judge,
sitting by designation