UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/23/23

United States of America,

—v—

Gary Thomas,

Defendant.

13-cr-360 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On June 21, 2023, Defendant Gary Thomas filed a motion for compassionate release

pursuant to 18 U.S.C. § 3582(c)(1)(A).  Dkt. No. 421.  The Government shall file any response

to Defendant's motion by no later than July 14, 2023.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas

and to note the mailing on the public docket.

SO ORDERED.

Dated:  June 23, 2023
        New York, New York                    _____
                                                        ALISON J. NATHAN
                                               United States Circuit Judge,
                                               sitting by designation