USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Gary Thomas,

Defendant.

13-cr-360 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On June 21, 2023, Defendant Gary Thomas filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 421. The Government filed its opposition on July 14, 2023. Dkt. No. 423. Defendant shall file any reply by **August 7, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas and to note the mailing on the public docket.

SO ORDERED.

Dated: July 17, 2023
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation