UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                                     :
        - against -                  :        13-CR-360 (RMB)
                                     :
                                     :        **ORDER**
                                     :
GARY THOMAS,                         :
                                     :
                Defendant.           :
------------------------------------------------------------x

The Government is requested to make a written submission regarding Defendant's motion for a sentence reduction, dated May 3, 2024 (ECF No. 430), on or before June 18, 2024.

The Court notes that the Probation Department denies Defendant's eligibility for a sentencing reduction.

Dated: New York, New York
       June 11, 2024

_____
RICHARD M. BERMAN, U.S.D.J.

Copies Mailed By Chambers